UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| TIMOTHY MILLER,                  | Case No. 20-cv-02324-SK        |
|----------------------------------|--------------------------------|
| Plaintiff,                       |                                |
| v.                               | **ORDER OF SUA SPONTE REFERRAL** |
| C R BARD INCORPORATED, et al.,   |                                |
| Defendants.                      |                                |

Pursuant to Civil Local Rule 3-12(c), IT IS HEREBY ORDERED that the above captioned case is referred to Judge Jon S. Tigar to determine whether it is related to *Nava v. C R Bard Inc., et al.*, Case No. 19-cv-05675-JST.

**IT IS SO ORDERED**.

Dated: April 16, 2020

_____
SALLIE KIM
United States Magistrate Judge